AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| PLANT MATERIALS, LLC <br> *Plaintiff* <br> v. <br> ALLIANCE CONSULTING GROUP, INC., ET AL <br> *Defendant* | ) <br> ) <br> ) Case No. 1:18-CV-00105-LG-RHW <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DRYING FACILITIES ASSETS HOLDING, LLC                    .

Date:   05/14/2018                          /S/ROBERT ALAN BYRD
                                   *Attorney's signature*

                                   ROBERT ALAN BYRD, MSB#7651
                                   *Printed name and bar number*

                                   PO DRAWER 1939
                                   BILOXI, MS  39533

                                   *Address*

                                   rab@byrdwiser.com
                                   *E-mail address*

                                   (228) 432-8123
                                   *Telephone number*

                                   (228) 432-7029
                                   *FAX number*

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Drying Facilities Assets Holding, LLC, do hereby certify that I have this date electronically filed the foregoing with the Clerk of Court using the Electronic Case Filing system, which sent notification of such filing to all counsel of record.

This the 14th day of May, 2018.

/S/ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029