UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PLANT MATERIALS, LLC                                                                                          PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 1:18CV105-LG-RHW

ALLIANCE CONSULTING GROUP, LLC et al                                                DEFENDANTS

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The Court has considered the Motion to Appear *Pro Hac Vice* filed on behalf of Interested Party Richard W. Cryar and attorney William E. Steffes and finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear *Pro Hac Vice* is hereby **granted**, and William E. Steffes shall be admitted to serve as co-counsel for Richard W. Cryar. Counsel is directed to complete registration for electronic filing as a condition of *pro hac vice* admission.

SO ORDERED, this the 16th day of May, 2018.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE