AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| PLANT MATERIALS, LLC   ) | | |
| *Plaintiff*   ) | | |
| v.   ) | Case No. | 1:18-cv-00105-LG-RHW |
| ALLIANCE CONSULTING GROUP, INC., ET AL.   ) | | |
| *Defendant*   ) | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard W. Cryar                                                                                                                               .

Date:   05/16/2018                                           s/ William E. Steffes
                                                                            *Attorney's signature*

                                                                     William E. Steffes LA #12426
                                                                      *Printed name and bar number*

                                                                     13702 Coursey Blvd., Bldg. 3
                                                                        Baton Rouge, LA 70817

                                                                                *Address*

                                                                     bsteffes@steffeslaw.com
                                                                            *E-mail address*

                                                                         (225) 751-1751
                                                                          *Telephone number*

                                                                         (225) 751-1998
                                                                             *FAX number*

## **CERTIFICATE OF SERVICE**

    I, William E. Steffes, counsel for RICHARD W. CRYAR, do certify that on this day, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

    THIS the 16th day of May, 2018.

s/ William E. Steffes
William E. Steffes, LA Bar No. 12426
